It is ORDERED that the petition for certification is denied.

### 169 A.3d 972
### IN THE MATTER OF THE ESTATE OF KATHRYN PARKER BLAIR, DECEASED. (LORI ANN PARKER—PETITIONER)

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000100–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

### 169 A.3d 972
### A.C., PLAINTIFF–PETITIONER, v. STATE OF NEW JERSEY, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, HIGHLAND PARK POLICE DEPARTMENT AND ATTORNEY GENERAL FOR NEW JERSEY, DEFENDANTS–RESPONDENTS.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003797–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.